MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 11, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR MANUEL GARCIA ALVAREZ, <br><br> Defendant. | CASE NO. 5:25-MJ-00012-CDB <br><br> [PROPOSED] ORDER TO UNSEAL COMPLAINT WITH REDACTIONS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and arrest warrant in the above captioned case be unsealed, with redactions, on the public docket.

IT IS SO ORDERED.

DATED: March 11, 2025

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE