**FILED**

Mar 25, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>VICTOR MANUEL GARCIA ALVAREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:25-CR-00054-KES-BAM<br><br>**ORDER UNSEALING INDICTMENT WITH REDACTIONS** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment in the above captioned case be unsealed, with redactions, on the public docket.

IT IS SO ORDERED.

Dated:　**March 25, 2025**　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE