```
ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL ALVAREZ,<br><br>Defendants. | CASE NO. 1:25-CR-00054-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 10, 2025.

2. By this stipulation, defendant now moves to continue the status conference to December 10, 2025, and to exclude time between December 10, 2025, and March 11, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government provided initial discovery to the defense. The discovery generally consisted of law enforcement reports, photos, and undercover reports and recordings.

    b) Defense counsel is continuing to review the discovery and investigate the case.

Defense counsel requests additional time to conduct his own independent investigation.

    c)    A plea offer was extended to the Defendant on October 24, 2025.

    d)    The Defendant requests additional time to review the plea offer and engage in further plea negotiations with the government.

    e)    The defendant asks the Court to exclude time between December 10, 2025, and March 11, 2026, to account for time to discuss the plea with the Government and defendant, to conduct his own investigation, taking into account the exercise of due diligence.

    f)    The government does not object to the continuance.

    g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2025 to March 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 3, 2025 | ERIC GRANT<br>Acting United States Attorney |
| | /s/ LUKE BATY<br>LUKE BATY<br>Assistant United States Attorney |
| Dated: December 3, 2025 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# **ORDER**

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **March 11, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 4, 2025**            /s/ *Barbara A. McAuliffe*  
                                         UNITED STATES MAGISTRATE JUDGE