**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
VICTOR MANUEL GARCIA ALVAREZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:25-CR-00054 KES-EPG |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE THE STATUS** |
| | ) **CONFERENCE HEARING** |
| VICTOR MANUEL GARCIA ALVARAEZ, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, VICTOR MANUEL GARCIA ALVREZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference hearing currently set for Wednesday, March 11, 2026, at 1:00p.m. (See ECF Doc. 36) be continued to Wednesday, May 13, 2026, at 1:00 p.m.

I have spoken to AUSA Luke Baty and it is my understanding he has no objection to this request for a continuance. This is a complex matter involving a large quantity of narcotics and various military grade fire arms. Both parties have been engaged in working towards a resolution. Additional time is requested to try to resolve this case. Should no resolution be achieved before the next status, a trial date will be set.

Stipulation and Proposed Order to Continue Status Conference Hearing

1

The parties also agree that the time resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: March 4, 2026

*/s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
VICTOR MANUEL GARCIA ALVRAEZ

DATED: March 4, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference is continued from March 11, 2026, to **May 13, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.** Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:    **March 5, 2026**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE