ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VICTOR MANUEL ALVAREZ,

Defendant.

CASE NO. 1:25-CR-00054-KES-EPG

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 13, 2026.

2. Counsel for the Defendant was engaged in a months-long homicide trial in Kern County Superior on May 11, 2026 that concluded on June 26, 2026.

3. Following that trial, Counsel for the Defendant required a procedure on his foot that has rendered Counsel immobile since early July 2026. Counsel anticipates being cleared to return to mobility and work by the end of July 2026.

4. As a result of trial and the medical procedure, Counsel has been unable to meet with the Defendant and confer with the Government regarding the plea offer.

5. By this stipulation, the parties now move to continue the status conference to October 14, 2026, and to exclude time between July 22, 2026, and October 14, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

6. The parties agree and stipulate, and request that the Court find the following:

a) The government provided initial discovery to the defense. The discovery generally consisted of law enforcement reports, photos, and undercover reports and recordings.

b) Defense counsel is continuing to review the discovery and investigate the case.

c) A plea offer was extended to the Defendant on October 24, 2025.

d) The Defendant requests additional time to review the plea offer and engage in further plea negotiations with the government.

e) The defendant asks the Court to exclude time between July 22, 2026, and October 14, 2026, to account for time to discuss and formalize a plea with the Government and defendant, taking into account the exercise of due diligence

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2026 to October 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2026

ERIC GRANT
Acting United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: July 15, 2026

/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant

**ORDER**

IT IS ORDERED that the status conference is continued from July 22, 2026 to **October 14, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.

IT IS FURTHER ORDERED THAT the period of time from **July 22, 2026,** through **October 14, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE